IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

STEVEN JOSEPH HEIDERSCHEIDT,
    Plaintiff,                                  Civil Action No. 7:15-cv-00248

v.                                                    **FINAL ORDER**

WHITLEY, *et al*,                          By:     Norman K. Moon
    Defendant(s).                              United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This \_\_22nd\_\_ day of June, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE